In the Matter of ELLEN MAYOUE BAKER, an Attorney, Resignor. [939 NYS2d 925]—Voluntary resignation accepted and

name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed Feb. 28, 2012.)